# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In the Matter of the Search of:

GPS Tracking Device

Case No. 2:20-mj-598-EJY

**ORDER TO UNSEAL CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 12th day of March, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE